Official Form 3
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Yolanda Piper
                    Debtor(s)

Case No. _____
Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 50.00 Check one   ■ With the filing of the petition, or
                       ☐ On or before _____

   $ 50.00 on or before   11/14/05

   $ 50.00 on or before   12/14/05

   $ 44.00 on or before   1/16/06

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  October 14, 2005                    Signature  /s/ Yolanda Piper
                                                     Yolanda Piper
/s/ Michelle Gilbert                                 Debtor
Attorney for Debtor(s)
Michelle Gilbert
Legal Assistance Foundation of
Metropolitan Chicago
111 W. Jackson
Suite 300
Chicago, IL 60604
312-341-1070
Fax: 312-341-1041

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

                                    BY THE COURT

Date  _____                    _____
                                         *UNITED STATES BANKRUPTCY JUDGE*